704 A.2d 632

COMMONWEALTH of Pennsylvania, Appellee,

v.

Henry RAUSER, Appellant.

No. 163 Middle District Appeal Docket 1997.

Supreme Court of Pennsylvania.

Jan. 15, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of January, 1998, the direct appeal is quashed.